No. 03–6691. VASILIADES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6692. TAYLOR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6693. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6694. THOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6699. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6701. TAWALBEH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6715. OVERBEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6719. RIGSBY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6726. SHAW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6756. HERNANDEZ-DUQUE *v.* UNITED STATES (Reported below: 73 Fed. Appx. 83); BARRIOS-RICARTE *v.* UNITED STATES (73 Fed. Appx. 81); HERNANDEZ *v.* UNITED STATES (73 Fed. Appx. 81); IBARGUEN-CHELEDO *v.* UNITED STATES (73 Fed. Appx. 81); GARCIA-HERNANDEZ, AKA TREVINO-GUZMAN *v.* UNITED STATES (73 Fed. Appx. 81); CONSTANTINO-PEREZ *v.* UNITED STATES (73 Fed. Appx. 81); ESPARZA-MACIAS *v.* UNITED STATES (73 Fed. Appx. 81); CRUZ-HERNANDEZ *v.* UNITED STATES (73 Fed. Appx. 82); MAYA-SANCHEZ *v.* UNITED STATES (73 Fed. Appx. 82); ALCANTARA-GARCIA *v.* UNITED STATES (73 Fed. Appx. 81); VILLARREAL-GAYTAN *v.* UNITED STATES (73 Fed. Appx. 81); ISLAS-SAUCEDO *v.* UNITED STATES (73 Fed. Appx. 81); MACIAS-LOPEZ *v.* UNITED STATES (73 Fed. Appx. 82); RIOS *v.* UNITED STATES (73 Fed. Appx. 82); PEREZ-MARTINEZ *v.* UNITED STATES (73 Fed. Appx. 81); MUNOZ-PARADA *v.* UNITED STATES (73 Fed. Appx. 81); MENJIVAR-HERRERA *v.* UNITED STATES (73 Fed. Appx. 81); OCHOA *v.* UNITED STATES (73 Fed. Appx. 81); MARINERO-BONILLA *v.* UNITED STATES (73 Fed. Appx. 83); ASTORGA-

RAMIREZ, AKA RUIZ RAMIREZ *v.* UNITED STATES (73 Fed. Appx. 691); and ARMANDO MARTINEZ *v.* UNITED STATES (73 Fed. Appx. 81). C. A. 5th Cir. Certiorari denied.

No. 03–6769. ACOSTA CUNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6771. VILLA-CARMONA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11291. HARRIS *v.* MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–200. ARIZONA *v.* TUCKER. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–286. ARIZONA *v.* PHILLIPS. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–403. COLOMBINI *v.* MEMBERS OF THE BOARD OF DIRECTORS OF EMPIRE COLLEGE ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–468. MOORE, CHIEF JUSTICE, SUPREME COURT OF ALABAMA *v.* GLASSROTH ET AL. C. A. 11th Cir. Motions of Thomas More Law Center, National Clergy Counsel et al., and Coral Ridge Ministries et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–6125. HOLLIS-ARRINGTON *v.* CENDANT MORTGAGE CORP. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–6134. HAYDEN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 03–6183. LEE *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER